# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 13-00066-01-CR-W-DW |
| v. ) | |
| ) | |
| BRIAN J. DANIEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation to deny Defendant Brian J. Daniel's (the "Defendant") Motion to Suppress Evidence. See Docs. 27, 37. The Defendant filed objections to the Report and Recommendation. See Doc. 42. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 37). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Evidence (Doc. 27).

IT IS SO ORDERED.

Date: May 14, 2014 /s/ Dean Whipple
Dean Whipple
United States District Judge